IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CASEY L. WALKER,

    Petitioner,

    v.                                                     Case No. 19-cv-470-jdp

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Casey L. Walker denying his petition for postconviction relief under 28 U.S.C. § 2255 and dismissing this case.

s/ K. Frederickson, Deputy Clerk            August 21, 2020
Peter Oppeneer, Clerk of Court                   Date